(Pleito No. 25·—Fallado el 21 de Febrero de 1900.)

## BATTLE contra VEGA.

RECURSO contra sentencia dictada por el Tribunal de Distrito de Ponce..

### AUTO.

El recurso se declaró desierto de acuerdo con lo preceptuado en el artículo 1,714 de la Ley de Enjuiciamiento Civil, por haber pasado el plazo sin que se personara el apelante.

(Véase *Hernández* contra *Figueroa* Nº 22.)